

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2025 APR 24 P 2: 2

CAROL L. MICHEL
CLERK

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA | **PETTY OFFENSE** |

### BILL OF INFORMATION FOR FAILURE TO REGISTER

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. **25 - 111** |
| v. | * | SECTION: **DUTY MAG.** |
| **HENRI MILTON VASQUEZ**<br>aka HENRI M. VASQUEZ | * | VIOLATION: 8 U.S.C. § 1306(a) |
| | * | |

\* \* \*

The United States Attorney charges that:

### COUNT 1

Beginning in or about 2023, and continuing until at least April 21, 2025, in the Eastern District of Louisiana and elsewhere, the defendant, **HENRI MILTON VASQUEZ**, then being an alien required to apply for registration and to be fingerprinted in the United States, did willfully fail or refuse to file an application for such registration, in violation of Title 8, United States Code, Section 1306(a).

      MICHAEL M. SIMPSON
      ACTING UNITED STATES ATTORNEY

      *[signature]*

      FREDERICK W. VETERS, JR. (23584)
      Special Assistant United States Attorney
      G. DALL KAMMER
      Assistant United States Attorneys

New Orleans, Louisiana
April 24, 2025

✓ Fee USA
___ Process
X Dktd
___ CtRmDep
___ Doc. No.

No. _____

# United States District Court
## FOR THE
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

HENRI MILTON VASQUEZ
aka HENRI M. VASQUEZ

BILL OF INFORMATION
FOR FAILURE TO REGISTER

Violation(s): 8 U.S.C. § 1306(a)

Filed _____, 20 25

_____, Clerk.

By _____, Deputy

_/s/ F. W. Veters_
Special Assistant United States Attorney
FREDERICK W. VETERS, JR.