UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 25-111** |
| **HENRI MILTON VASQUEZ**<br>a/k/a "Henri M. Vasquez" | **SECTION: "O"** |

## RECUSAL ORDER

The undersigned U.S. District Judge recuses himself from handling the above-captioned case. Accordingly,

**IT IS ORDERED** that the above-captioned matter be re-allotted to another section of this Court pursuant to 28 U.S.C. § 455(a).

New Orleans, Louisiana, this 13th day of June, 2025.

June 16, 2025
REALLOTTED TO
**SECT. L**

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE